UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 11-51748 |
|---|---|
| JOHN D HUNT | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/29/2011.

2) The plan was confirmed on 03/08/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/30/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/01/2015.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,534.00.

10) Amount of unsecured claims discharged without payment: $58,804.44.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,382.82 |
| Less amount refunded to debtor | $262.81 |

**NET RECEIPTS:** $6,120.01

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $283.07 |
| Other | $15.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,798.07

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABACUS FINANCIAL.. | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ABACUS FINANCIAL.. | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ABACUS FINANCIAL.. | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| ALVERNO PROFESSIONAL SERVICE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN RECOVERY SYSTEM | Unsecured | 1,922.42 | NA | NA | 0.00 | 0.00 |
| AMO RECOVERIES | Unsecured | 115.88 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES LLC | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECOVERY SYSTEMS | Unsecured | 1,146.89 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED ST JAMES HOSPITAL | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED ST JAMES RADIOLOGIT | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 2,848.63 | NA | NA | 0.00 | 0.00 |
| BUDS AMBULANCE SERVICE | Unsecured | 1,045.00 | NA | NA | 0.00 | 0.00 |
| CALUMET COMMERCIAL SERVICES | Unsecured | 389.81 | NA | NA | 0.00 | 0.00 |
| CALUMET COMMERCIAL SERVICES | Unsecured | 373.16 | NA | NA | 0.00 | 0.00 |
| CELLULAR CHICAGO NW | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 806.40 | 806.40 | 127.04 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COLLECTIONS UNLIMITED | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA OLYMPIA FIELDS HOSP | Unsecured | 1,072.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT INC | Unsecured | 369.10 | NA | NA | 0.00 | 0.00 |
| CREDIT PAC | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| GUPTA INTERNATIONAL MEDICINE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 1,457.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| IMA DEPT OF MEDICINE | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| IMA DEPT OF MEDICINE | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| IMA DEPT OF MEDICINE | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| IMA DEPT OF MEDICINE | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,769.93 | 6,993.69 | 6,993.69 | 1,102.37 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,763.92 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 369.10 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 373.41 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 369.10 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 820.00 | 658.79 | 658.79 | 658.79 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 167.60 | 167.60 | 26.40 | 0.00 |
| JOHN PYLE DDS | Unsecured | 383.16 | NA | NA | 0.00 | 0.00 |
| JOHN STROGER HOSPITAL | Unsecured | 2,841.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS OFFICE | Unsecured | 264.70 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MERCURY FINANCE COMPANYH | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| MERCURY FINANCE COMPANYH | Unsecured | 4,612.09 | NA | NA | 0.00 | 0.00 |
| MERICAN RECOVERY SYS | Unsecured | 173.54 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PHYSICIAN GROUP | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PHYSICIAN GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MRS ASSOC | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 38.30 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1,532.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST PREMIUM SERVICES | Unsecured | 36.44 | NA | NA | 0.00 | 0.00 |
| OAK FOREST HOSPITAL | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIA FIELDS MEDICAL CENTER | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 1,110.24 | 1,875.88 | 1,875.88 | 294.98 | 0.00 |
| PAYCO GENERAL AMERICAN CREDI | Unsecured | 369.10 | NA | NA | 0.00 | 0.00 |
| PREFERRED PLATINUM PLAN | Unsecured | 601.80 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 404.20 | NA | NA | 0.00 | 0.00 |
| PROFFESSIONAL ACCOUNT MGMT | Unsecured | 23.50 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN | Unsecured | 494.54 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 386.23 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MGMT | Unsecured | 57.00 | 713.22 | 713.22 | 112.36 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| SOUTH SUBURBAN CARDIOLOGY | Unsecured | 13.70 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN CARDIOLOGY | Unsecured | 13.70 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN CARDIOLOGY | Unsecured | 13.70 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN CARDIOLOGY | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN CARDIOLOGY | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABORATORY | Unsecured | 95.50 | NA | NA | 0.00 | 0.00 |
| ST ELIZABETHS HOSPITAL | Unsecured | 144.08 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 2,848.96 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 2,848.63 | NA | NA | 0.00 | 0.00 |
| STATE COMPTROLLER OFFICE | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| UIC MEDICAL CENTER | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| UIC MEDICAL CENTER | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| VALENTINE & KERBATAS INC | Unsecured | 120.51 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 1,349.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROUND LAKE HEIGHTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SAULK VILLAGE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WOLPOFF & ABRAMSON LLP | Unsecured | 1,242.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $658.79 | $658.79 | $0.00 |
| **TOTAL PRIORITY:** | **$658.79** | **$658.79** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$10,556.79** | **$1,663.15** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,798.07 |
| Disbursements to Creditors | $2,321.94 |
| **TOTAL DISBURSEMENTS** : | **$6,120.01** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/09/2015                    By: /s/ Tom Vaughn
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**